UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER K LOVETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OMNI HOTELS & RESORTS, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-02844-RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on March 12, 2015. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

　　1.　　ALTERNATIVE DISPUTE RESOLUTION.

　　SETTLEMENT CONFERENCE. The parties are hereby REFERRED to a randomly-assigned Magistrate Judge for the purpose of engaging in a settlement conference, to take place, ideally, within the next 90 days.

　　2.　　FURTHER CASE MANAGEMENT CONFERENCE.

　　A Further Case Management Conference shall be held on **June 18, 2015 at 11:00 a.m.** All parties shall appear telephonically and must contact Court Conference at (866) 582-6878 at least one week prior to the Conference to arrange their participation. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

1   **IT IS SO ORDERED**.

3   Dated: March 12, 2015

_____
RICHARD SEEBORG
United States District Judge