LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
DORIS CHENG (State Bar #197731)
dcheng@walkuplawoffice.com
JUSTIN CHOU (State Bar #279137)
jchou@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LOVETT,<br><br>             Plaintiff,<br><br>             v.<br><br>OMNI HOTELS MANAGEMENT CORPORATION, and DOES ONE through ONE HUNDRED,<br><br>             Defendants. | Case No. C 14-02844 RS<br><br>ORDER<br>**STIPULATION CONTINUING SETTLEMENT CONFERENCE**<br><br>**DATE:** July 9, 2015<br>**TIME:** 9:30 a.m.<br>**CTRM:** E (15th Floor) |

WHEREAS THE PARTIES have met and conferred and hereby stipulate as follows:

The upcoming settlement conference scheduled for July 9, 2015 is premature because defendant Omni Hotels Management Corporation intends to file a motion for summary judgment and/or adjudication, and the parties have not yet deposed critical liability witnesses.  Additionally, plaintiff intends to amend the complaint to add cross-defendants Case Dunlap and SPRI as defendants.  The parties do not believe that settlement discussions will be fruitful until such matters have been completed so that the parties will be in a better position to evaluate their respective claims.

Accordingly, the parties jointly request that the settlement conference set for July 9, 2015

shall be taken off calendar and rescheduled for a later date.

    IT IS SO STIPULATED.

Dated: June 30, 2015                    WALKUP, MELODIA, KELLY & SCHOENBERGER

                                          /s/
                                    DORIS CHENG
                                    Attorneys for Plaintiff

Dated: June 30, 2015                    LEWIS BRISBOIS BISGAARD & SMITH LLP

                                          /s/
                                    THOMAS A. RECTOR
                                    GREGORY CHIN

                                    Attorneys for OMNI HOTELS MANAGEMENT CORPORATION

Dated: June 30, 2015                    LAW OFFICES OF MELISSA M. BALLARD

                                          /s/
                                    NORINE BUSSER
                                    Attorneys for Third Party Defendant CASE DUNLAP ENTERPRISES, LLC, dba TIC TOC THE IMAGINATION COMPANY

Dated: June 30, 2015                    KULUVA ARMIJO & GARCIA

                                          /s/
                                    KENYON M. YOUNG
                                    CARL KADLIC
                                    Attorneys for Third Party Defendant/Third Party Plaintiff SPRI PRODUCTS, INC.

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
STIPULATION CONTINUING SETTLEMENT CONFERENCE - CASE NO. C 14-02844 RS

## **ORDER**

Based upon the stipulation of the parties, the Court hereby vacates the settlement conference set for July 9, 2015.

Date: 6/30/15

_____
HONORABLE RICHARD SEEBORG

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3
STIPULATION CONTINUING SETTLEMENT CONFERENCE - CASE NO. C 14-02844 RS