UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER K LOVETT,<br><br>    Plaintiff,<br><br>    v.<br><br>OMNI HOTELS MANAGEMENT CORPORATION,<br><br>    Defendant. | Case No. 14-cv-02844-RS<br><br>**SCHEDULING ORDER** |

The following schedule will apply to the motion for summary judgment filed on July 2, 2015 by defendant Omni Hotels Management Corporation (Docket No. 59). The matter shall be set for hearing on Thursday, October 15, 2015. Plaintiff's opposition is due no later than September 4, 2015. If defendant elects to file a reply, it must do so by September 25, 2015.

**IT IS SO ORDERED**.

Dated: July 10, 2015

_____
RICHARD SEEBORG
United States District Judge