UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER K LOVETT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OMNI HOTELS MANAGEMENT CORPORATION,<br><br>　　　　　Defendant. | Case No. 14-cv-02844-RS   (SK)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY** |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　　　This case has been referred to Magistrate Judge Sallie Kim for discovery. The parties must comply with the Standing Order for Magistrate Judge Kim, which is attached and available on the Court's website at http://www.cand.uscourts.gov/sk.

　　　　The parties are advised that they must meet and confer in person, or telephonically if an in-person conference is not feasible, before any dispute is considered. The parties must attest that they met and conferred in compliance with the Standing Order or the discovery request will be DENIED WITHOUT PREJUDICE. Accordingly, within three days from issuance of this Notice, the parties shall file a joint statement verifying that they have complied with the meet and confer requirements of the Standing Order, prior to filing the letter.

　　　　Please contact the Courtroom Deputy Clerk Melinda Lozenski at (415) 522-4158 with any questions.

/ / /

**IT IS SO ORDERED.**

Dated: August 24, 2015

_____
Sallie Kim
United States Magistrate Judge