UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JENNIFER K LOVETT,

    Plaintiff,

  v.

OMNI HOTELS MANAGEMENT CORPORATION,

    Defendant.

Case No. 14-cv-02844-RS   (SK)

**ORDER SETTING DISCOVERY CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    Plaintiff Lovett and Defendant Omni Hotels Management Corporation are hereby ordered to attend a conference with Magistrate Judge Sallie Kim on Wednesday, August 26, 2015 at 11:00 a.m. in Courtroom A to discuss the discovery disputes currently pending before the Court. The parties who are not involved in the discovery dispute may, but are not required, to participate either in person or by telephone. If they want to appear by telephone, they shall file a document by no later than 9:30 a.m. on Wednesday, August 26, 2015 to provide a conference call number for the Court to call.

    **IT IS SO ORDERED.**

Dated: August 25, 2015

_____
SALLIE KIM
United States Magistrate Judge