**LEWIS BRISBOIS BISGAARD & SMITH LLP**
THOMAS A. RECTOR, SB# 199175
　E-Mail: Thomas.Rector@lewisbrisbois.com
GREGORY B. CHIN, SB# 241126
　E-Mail: Gregory.Chin@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant OMNI HOTELS MANAGEMENT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JENNIFER K. LOVETT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OMNI HOTELS & RESORTS, OMNI HOTELS MANAGEMENT CORPORATION, and DOES ONE through ONE HUNDRED<br><br>　　　　Defendants. | CASE NO. 3:14-CV-02844-RS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF JENNIFER LOVETT'S TIME TO RESPOND TO OMNI'S MOTION FOR SUMMARY JUDGMENT [DKT NO. 59]** |

　　　　Pursuant to Civil Local Rule 7-12, Plaintiff Jennifer K. Lovett ("Plaintiff") and Defendant Omni Hotels Management Corporation ("Omni"), by and through their respective counsel of record, hereby stipulate as follows:

　　　　WHEREAS, on July 2, 2015, Defendant Omni filed a Motion for Summary Judgment;

　　　　WHEREAS, on July 10, 2015, the Court issued a Scheduling Order, establishing the following dates for Omni's Motion for Summary Judgment: (1) the hearing is set for October 15, 2015; (2) Plaintiff's opposition brief is due on September 4, 2015; and (3) Omni's reply brief is due on September 25, 2015;

　　　　WHEREAS, on July 17, 2015, the Court issued an Order continuing the hearing date on Omni's Motion for Summary Judgment to October 22, 2015;

WHEREAS, the Rule 30(b)(6) deposition of Paul Kesinger ("Kesinger") was taken on August 13, 2015;

WHEREAS, on August 19, 2015, Omni filed a Motion for Protective Order Regarding Deposition of Jeff Smith;

WHEREAS, on August 21, 2015, Plaintiff filed a Motion to Compel: (1) Deposition of Jeff Smith; and (2) Answers to Prior Deposition Questions About Post-Incident Warnings to the Injury-Producing Product;

WHEREAS, on August 26, 2015, Magistrate Kim issued an Order Re Parties' Joint Discovery Letter, Granting In Part And Denying In Part the parties' cross-motions, which stated, as relevant, among other things, that Omni shall produce Mr. Smith for deposition in the afternoon of August 31, 2015 or at any time to which the parties stipulate, and that Plaintiff may question Mr. Smith regarding the subjects set forth in the prior deposition of Mr. Kesinger, as well as: (1) the analysis conducted in order to assess the risks and benefits associated with inclusion of the SPRI Xering bands in the Get Fit Kit; and (2) the considerations and content of any risk/benefit analysis for the SPRI Xering bands provided in the Get Fit Kit to Omni patrons;

WHEREAS, on August 30, 2015, Defendant Omni advised Plaintiff that Mr. Smith could not appear for deposition on August 31, 2015 because his wife underwent emergency surgery and was in the hospital;

WHEREAS, the parties met and conferred about rescheduling the deposition of Mr. Smith and have agreed that he will be deposed on September 4, 2015, i.e., the same date Plaintiff's opposition to Omni's Motion for Summary Judgment is due;

WHEREAS, no other extensions of the briefing schedule on Omni's Motion for Summary Judgment have been requested since the Court established the schedule on July 10, 2015;

In light of the foregoing, IT IS THEREFORE STIPULATED as follows:

1. The deadline for Plaintiff to file her opposition to Omni's Motion for Summary Judgment is extended by one week - from September 4, 2015 to September 11, 2015;

2. The deadline for Omni to file its reply brief shall remain unchanged;

3.   The current hearing date for Omni's Motion for Summary Judgment shall remain unchanged;

4.   Defendant reserves the right to seek leave of Court to extend time for its reply brief, if circumstances so warrant.

DATED: August 31, 2015

DORIS CHENG
WALKUP, MELODIA, KELLY, & SCHOENBERGER

By: ___/s/ Doris Cheng_____
Doris Cheng
Attorney for Plaintiff JENNIFER LOVETT

DATED: August 31, 2015

THOMAS A. RECTOR
GREGORY B. CHIN
LEWIS BRISBOIS BISGAARD & SMITH LLP

By: ___/s/ Thomas A. Rector_____
Thomas A. Rector
Attorneys for Defendant OMNI HOTELS MANAGEMENT CORPORATION

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The deadline for Plaintiff to file her opposition to Omni's Motion for Summary Judgment is extended from September 4, 2015 to September 11, 2015. All other deadlines related to Omni's Motion for Summary Judgment shall remain unchanged.

IT IS SO ORDERED.

DATED: 9/1/15

_____
RICHARD SEEBORG
United States District Judge

4813-3937-2583.1   4   3:14-CV-02844-RS
STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF JENNIFER LOVETT'S TIME TO RESPOND TO OMNI'S MOTION FOR SUMMARY JUDGMENT

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW