**LEWIS BRISBOIS BISGAARD & SMITH LLP**
THOMAS A. RECTOR, SB# 199175
　E-Mail: Thomas.Rector@lewisbrisbois.com
GREGORY B. CHIN, SB# 241126
　E-Mail: Gregory.Chin@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant OMNI HOTELS MANAGEMENT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JENNIFER K. LOVETT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OMNI HOTELS & RESORTS, OMNI HOTELS MANAGEMENT CORPORATION, and DOES ONE through ONE HUNDRED<br><br>　　　　Defendants. | CASE NO. 3:14-CV-02844-RS<br><br>**STIPULATION AND [PROPOSED] ORDER:**<br>**(1) EXTENDING OMNI'S TIME TO REPLY TO PLAINTIFF'S SUMMARY JUDGMENT OPPOSITION [DKT. 89]**<br>**(2) EXTENDING PLAINTIFF'S TIME TO REPLY TO OMNI'S OPPOSITION TO MOTION TO AMEND [DKT. 90]; AND**<br>**(3) PERMITTING PLAINTIFF TO LATE-FILE DECLARATION IN SUPPORT OF HER OPPOSITION TO OMNI'S MOTION FOR SUMMARY JUDGMENT** |

　　　　Pursuant to Civil Local Rule 7-12, plaintiff Jennifer K. Lovett and defendant Omni Hotels Management Corporation ("Omni") stipulate as follows:

　　　　WHEREAS, on July 2, 2015, Omni filed a Motion for Summary Judgment (Dkt. 59);

　　　　WHEREAS, the Court set a September 25, 2015 deadline for Omni's reply brief (Dkt. 68);

　　　　WHEREAS, on August 28, 2015, Plaintiff filed a Motion for Leave to Amend (Dkt. 83);

　　　　WHEREAS, the Court set both motions for hearing on November 5, 2015 (Dkt. 86);

　　　　WHEREAS, Omni's counsel had a bench trial in San Francisco Superior Court this week and therefore requests additional time to file its Reply;

　　　　WHEREAS, Plaintiff does not oppose Omni's request for a one-week extension to file its Reply;

1  WHEREAS, Plaintiff was unable to speak with declarant Mark Cibrario and obtain his declaration until after the deadline for her opposition to Summary Judgment and wishes to file the Declaration of Mark Cibrario in support of her Opposition;

IT IS THEREFORE STIPULATED as follows:

1. Omni shall have until October 2, 2015 to file its reply in support of Summary Judgment. The deadline is extended by one week from September 25 to October 2, 2015;

2. Plaintiff shall have until September 25, 2015 to file her reply in support of her Motion to Amend. The deadline is extended by one week from September 18 to September 25, 2015;

3. Plaintiff shall be permitted to file the Declaration of Mark Cibrario. Omni waives any objection to timeliness but preserves all other objections to his declaration; and

4. The hearing date on both motions remains November 5, 2015.

DATED: September 16, 2015        WALKUP, MELODIA, KELLY, & SCHOENBERGER

By:   */s/ Doris Cheng*
Doris Cheng
Attorney for Plaintiff JENNIFER LOVETT

DATED: September 16, 2015        LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   */s/ Thomas A. Rector*
Thomas A. Rector
Attorneys for Defendant OMNI HOTELS MANAGEMENT CORPORATION

IT IS SO ORDERED.

DATED: 9/17/15

RICHARD SEEBORG
United States District Judge

4814-5585-7960.1 c

2                                                             3:14-CV-02844-RS
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND RE: OMNI'S MSJ AND PLAINTIFF'S MOTION TO AMEND AND PERMITTING PLAINTIFF TO FILE ADDT'L EVIDENCE