UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER K LOVETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OMNI HOTELS MANAGEMENT CORPORATION,<br><br>　　　　Defendant. | Case No. 14-cv-02844-RS<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE HEARING DATE ON OMNI'S MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S MOTION TO AMEND (L.R. 7-7(B)(1))** |

Based upon the submitted papers and for good cause appearing,

　　IT IS HEREBY ORDERED THAT: Defendant OMNI HOTELS MANAGEMENT CORPORATION's Stipulated Motion to Specially Set Hearing or, in the Alternative, to Continue the Hearing Date [Dkt. 83] on Omni's Motion for Summary Judgment and Plaintiff's Motion to Amend is **GRANTED.**

　　The joint hearing shall be rescheduled to December 17, 2015.

　　**IT IS SO ORDERED.**

Dated: October 5, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge