1  LAW OFFICES OF MELISSA M. BALLARD
   By: NORINE BUSSER, State Bar No.: 143363
2  1551 North Tustin Ave, Suite 830
   Santa Ana, CA 92705
3  (714) 571-0407 FAX: (877) 369-5799
   Direct Line: (714) 371-2310
4  E-Mail: Norine.busser@thehartford.com
   **Mailing Address:** P.O. Box 2282, Brea, CA 92822-2282
5

6  Attorneys for Defendant/Third Party Defendant, CASE DUNLAP ENTERPRISES, LLC, DBA
7  TIC TOC THE IMAGINATION COMPANY

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  JENNIFER K. LOVETT,                    )  CASE NO. 3:14-CV-02844-RS
                                           )  HON. RICHARD SEEBORG
12            Plaintiff,                    )  DEPT: 3
                                           )
13  vs.                                    )  STIPULATION AND [PROPOSED]
                                           )  ORDER GRANTING DEFENDANT
14                                         )  CASE DUNLAP ENTERPRISES, LLC,
    OMNI HOTELS MANAGEMENT                 )  DBA TIC TOC THE IMAGINATION
15  CORPORATION, CASE DUNLAP              )  COMPANY LEAVE TO FILE THIRD-
    ENTERPRISES, LLC, DBA TIC TOC THE     )  PARTY COMPLAINT AGAINST
16  IMAGINATION COMPANY,                   )  FITCO FITNESS
                                           )
17            Defendants.                   )
                                           )
18                                         )
    AND RELATED ACTIONS                    )
19                                         )
    _____)
20

21

22        Plaintiff JENNIFER K. LOVETT ("LOVETT"), Defendant/Third Party Plaintiff OMNI

23  HOTELS MANAGEMENT CORPORATION ("OMNI"), Third Party Defendant/Third Party

24  Plaintiff SPRI PRODUCTS, INC. ("SPRI"), and Defendant/Third Party Defendant, CASE

25  DUNLAP ENTERPRISES, LLC, DBA TIC TOC THE IMAGINATION COMPANY ("CASE

26  DUNLAP"), hereby stipule, by and through their respective counsel of record, as follows:

27

28                                         1

STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANT CASE DUNLAP ENTERPRISES,
LLC, DBA TIC TOC THE IMAGINATION COMPANY LEAVE TO FILE THIRD-PARTY COMPLAINT
AGAINST FITCO FITNESS

1.     LOVETT filed this action in the Superior Court of California (County of San Francisco). OMNI  removed the action to U.S. District Court on the basis of diversity of citizenship.

2.     After removal, OMNI filed a third party complaint against CASE DUNLAP and SPRI. SPRI answered on October 31, 2014. CASE DUNLAP answered on November 3, 2014.

3.     Following the Court's Order Granting LOVETT'S Motion to Amend the First Amended Complaint to add CASE DUNLAP as a Defendant, as well as additional product liability claims, LOVETT filed her Second Amended Complaint on October 9, 2015.  OMNI and CASE DUNLAP answered the Second Amended Complaint on October 23, 2015 and November 3, 2015, respectively.

4.     This is a strict liability – failure to warn case where LOVETT alleges she was injured as a result of her use of an exercise band while she was a guest at an OMNI hotel. During discovery it was learned that FITCO FITNESS was in the chain of distribution of the subject exercise band.

5.     To ensure the speedy and efficient resolution of this action, and eliminating the need for a separate action brought by CASE DUNLAP against the proposed third party defendant FITCO FITNESS,  CASE DUNLAP seeks leave to file a third party complaint against FITCO FITNESS.  A copy of the proposed third party complaint is attached hereto.

///

///

///

2

1    NOW THEREFORE, the parties to this action stipulate and request that the court enter an

2  order granting CASE DUNLAP leave the file the attached Third Party Complaint against FITCO

3  FITNESS.

4

5  DATED: 4/29/16                          LAW OFFICES OF WALKUP, MELODIA, KELLY
                                            & SCHOENBERGER
6

7                                          By:        /S/DORIS CHENG
                                                 _____
8                                                Doris Cheng
                                                 Attorneys for Plaintiff JENNIFER K. LOVETT
9

10  DATED: 4/29/16                         KULUVA, ARMIJO & GARCIA

11

12                                         By:        /S/KENYON M. YOUNG
                                                 _____
13                                               Kenyon M. Young
                                                 Attorneys for Third Party Defendant/Third Party
14                                               Plaintiff SPRI PRODUCTS, INC.

15  DATED: 4/29/16                         LAW OFFICES OF MELISSA M. BALLARD

16

17                                         By:        /S/NORINE BUSSER
                                                 _____
18                                               Norine Busser
                                                 Attorneys for Defendant/Third Party Defendant
19                                               CASE DUNLAP ENTERPRISES, LLC, dba TIC
                                                 TOC THE IMAGINATION COMPANY
20

21
    DATED: 4/29/16                         LEWIS BRISBOIS BISGAARD & SMITH LLP
22

23

24                                         By:        /S/THOMAS RECTOR
                                                 _____
                                                 Thomas Rector
25                                               Attorneys for Defendant/Third Party Plaintiff
                                                 OMNI HOTELS MANAGEMENT
26                                               CORPORATION

27

28                                                     3

STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANT CASE DUNLAP ENTERPRISES,
LLC, DBA TIC TOC THE IMAGINATION COMPANY LEAVE TO FILE THIRD-PARTY COMPLAINT
AGAINST FITCO FITNESS

1

## **ORDER**

2   Pursuant to the parties' stipulation, IT IS ORDERED THAT defendant Case Dunlap

3

4 Enterprises LLC, dba Tic Toc The Imagination Company, have leave to file a third-party

5 complaint against Fitco Fitness.

6 IT IS SO ORDERED.

7 DATED: 5/2/16

8

9              Hon. Richard Seeborg

10             United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANT CASE DUNLAP ENTERPRISES, LLC, DBA TIC TOC THE IMAGINATION COMPANY LEAVE TO FILE THIRD-PARTY COMPLAINT AGAINST FITCO FITNESS