1    LAW OFFICES OF MELISSA M. BALLARD
     By: NORINE BUSSER, State Bar No.: 143363
2    1551 North Tustin Ave, Suite 830
     Santa Ana, CA 92705
3    (714) 571-0407 FAX: (877) 369-5799
     Direct Line: (714) 371-2310
4    E-Mail: Norine.busser@thehartford.com
5    **Mailing Address:** P.O. Box 2282, Brea, CA 92822-2282

6
7    Attorneys for Defendant/Third Party Defendant, CASE DUNLAP ENTERPRISES, LLC, DBA
     TIC TOC THE IMAGINATION COMPANY

8                  UNITED STATES DISTRICT COURT

9
10             NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11   JENNIFER K. LOVETT,            ) | CASE NO. 3:14-CV-02844-RS |
| 12                        ) | HON. RICHARD SEEBORG |
| 13       Plaintiff,        ) | [~~PROPOSED~~] ORDER RE |
| 14   vs.                     ) | STIPULATION AND CONTINUING THE DATE FOR (1) DISCLOSURE |
| 15   OMNI HOTELS MANAGEMENT    ) | OF EXPERT WITNESSES, (2) |
| 16   CORPORATION, CASE DUNLAP    ) <br> ENTERPRISES, LLC, DBA TIC TOC THE ) | SUPPLEMENTAL DISCLOSURE OF EXPERT WITNESSES AND (3) |
| 17   IMAGINATION COMPANY,       ) | COMPLETION OF EXPERT DISCOVERY |
| 18       Defendants.      ) | |
| 19   AND RELATED ACTIONS       ) | Trial Date: February 13, 2017 |
| 20   _____ ) | |

21          Pursuant to the parties' stipulation, IT IS ORDERED THAT:

22
23       1.     The date for the disclosure of expert witnesses be continued to
24         November 29, 2016.

25       2.     The date for the supplemental disclosure of expert witnesses be
26
27         continued to December 20, 2016.
28

[PROPOSED] ORDER RE STIPULATION AND CONTINUING THE DATE FOR (1) DISCLOUSRE OF
EXPERT WITNESSES, (2) SUPPLEMENTAL DISCLOSURE OF EXPERT WITNESSES AND (3)
COMPLETION OF EXPERT DISCOVERY

3.      The date for completion of expert witness discovery be continued to

January 10, 2017.

IT IS SO ORDERED.

DATED: 9/30/16

_____
Hon. Richard Seeborg
United States District Judge

2

[PROPOSED] ORDER RE STIPULATION AND CONTINUING THE DATE FOR (1) DISCLOUSRE OF
EXPERT WITNESSES, (2) SUPPLEMENTAL DISCLOSURE OF EXPERT WITNESSES AND (3)
COMPLETION OF EXPERT DISCOVERY

(CERTIFICATE OF SERVICE)

The undersigned hereby certify that all counsel of record who have consented to electronic service were served with a copy of the following document via the Northern District of California CM/ECF system on Sept. 29, 2016.  I am a citizen of the United States and am employed in the county aforesaid.  I am over the age of eighteen years and not a party to the within entitled action.  My business address is:  1551 N. Tustin Ave., Suite 830, Santa Ana, CA 92705.

On Sept. 29, 2016, I served the within [PROPOSED] ORDER RE STIPULATION AND CONTINUING THE DATE FOR (1) DISCLOSURE OF EXPERT WITNESSES, (2) SUPPLEMENTAL DISCLOSURE OF EXPERT WITNESSES AND (3) COMPLETION OF EXPERT DISCOVERY on the interested parties in said action, by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

SEE ATTACHED SERVICE LIST

(X)  (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Santa Ana, California.

(X)  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on Sept. 29, 2016, at Santa Ana, California.


*/s/ SUSAN S. REYNOLDS_____*
SUSAN S. REYNOLDS

1

1  *LOVETT V. OMNI HOTELS, et al*
   *CASE NO. 3:14-CV-02844-RS*
2

3  Thomas A. Rector, Esq.
   Lewis Brisbois Bisgaard & Smith LLP
4  333 Bush Street, Suite 1100
   San Francisco, CA 94104
5  212.232.1300/Fax: 212.232.1399
6  Email: Thomas.Rector@lewisbrisbois.com
7  Attorneys for Defendant, OMNI HOTELS & MANAGEMENT CORPORATION

8  Doris Cheng, Esq.
9  Walkup, Melodia Kelly & Schoenberger
   650 California Street, 26th Floor
10 San Francisco, CA  94108
11 415.981.7210/Fax:
   Email: mkelly@walkuplawoffice.com
12 Email: dcheng@walkuplawoffice.com
13 Attorneys for Plaintiff, JENNIFER LOVETT
14

15 Kenyon M. Young, Esq.
16 Kuluva, Armjo & Garcia
   One California St., #1150
17 San Francisco, CA  94111
18 P:  415-273-6500/F:  415-273-6535
   Email: kmyoung@kuluvalaw.com
19 Attorneys for Third Party Defendant/Third Party Plaintiff SPRI PRODUCTS, INC.

20

21

22

23

24

25

26

27

28