UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER K LOVETT,<br><br>    Plaintiff,<br><br>    v.<br><br>OMNI HOTELS MANAGEMENT CORPORATION, et al.,<br><br>    Defendants. | Case No.  14-cv-02844-RS<br><br>**ORDER GRANTING MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT** |

Third-party defendant/third-party plaintiff SPRI Products, Inc. ("SPRI") moves for an order determining the settlement it has agreed to with plaintiff Jennifer K. Lovett qualifies as a good-faith settlement within the meaning of California Code of Civil Procedure sections 877, *et seq.* and according to the factors set forth in *Tech-Bilt, Inc. v. Woodward-Clyde & Assocs.*, 38 Cal. 3d 488 (1985). No opposition has been filed. Pursuant to California Code of Civil Procedure section 877.6(b) and Civil Local Rule 7-1(b), the motion can be disposed of without a hearing. Because the settlement qualifies as a good-faith settlement according to sections 877, *et seq.* and *Tech-Bilt*, SPRI's motion is granted and the hearing scheduled for January 12, 2017 is vacated.

**IT IS SO ORDERED**.

Dated: January 3, 2017

_____
RICHARD SEEBORG
United States District Judge