United States District Court<br>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER K LOVETT,<br>　　　　Plaintiff,<br>　　v.<br>OMNI HOTELS MANAGEMENT CORPORATION, et al.,<br>　　　　Defendants. | Case No. 14-cv-02844-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **March 6, 2017**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **March 9, 2017, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: 1/20/17

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Richard Seeborg
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Richard Seeborg
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge